UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN BRYAN, | ) | NO. CV 09-531-AHM(E) |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|   v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| SWARTZINEGGER, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| | ) | |
|         Defendants. | ) | UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| _____ | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that the Amended Complaint is dismissed with leave to amend. If Plaintiff still wishes to pursue this action, he is granted thirty (30) days from the date of this Order within which to file a Second Amended Complaint. Any Second Amended Complaint shall be complete in itself. Plaintiff should not attempt to add additional defendants without leave of Court. See Fed. R. Civ. P. 21. Failure

1  timely to file a Second Amended Complaint may result in dismissal of
2  the action.
3
4     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
5  the Magistrate Judge's Report and Recommendation and the Judgment
6  herein by United States mail on Plaintiff.
7
8        DATED:   April 3, 2009

                                    _____
                                            A. HOWARD MATZ
                                    UNITED STATES DISTRICT JUDGE