```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  JOHN BRYAN,                   ) NO. CV 09-531-AHM(E)
                                  )
12              Plaintiff,        )
                                  )
13       v.                       ) ORDER ADOPTING FINDINGS,
                                  )
14  SWARTZINEGGER, et al.,        ) CONCLUSIONS AND RECOMMENDATIONS OF
                                  )
15              Defendants.       ) UNITED STATES MAGISTRATE JUDGE
                                  )
16  _____ )
17
18       IT IS ORDERED that:  (1) the Report and Recommendation of the
19  Magistrate Judge is approved and adopted; and (2) Judgment shall be
20  entered dismissing the action without prejudice.
21
22       IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
23  this Order and Judgment of this date on Plaintiff.
24
25       DATED:  July 1, 2009
26
27
                                 _____
28                                         A. HOWARD MATZ
                                    UNITED STATES DISTRICT JUDGE
```