
JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JOHN BRYAN,                    ) NO. CV 09-531-AHM(E)
                               )
          Plaintiff,           )
                               )
     v.                        )      JUDGMENT
                               )
SWARTZINEGGER, et al.,         )
                               )
          Defendants.          )
                               )
_____)
```

    IT IS ADJUDGED that the action is dismissed without prejudice.

    DATED:  July 1, 2009

cc: **JS-6**

                                     /s/ A. Howard Matz
                                     A. HOWARD MATZ
                           UNITED STATES DISTRICT JUDGE